In the United States District Court Middle District Alabama

Plaintiff
Devin Pugh

Case:
2:25-cv-00561-RAH-KFP

vs.

Donald J. Trump

## Complaint

Hello I am writing this to file Complaint against the president of the United States of America Donald J. Trump, on grounds that my 14th amendment have been violated as a Disable person with in the United States, I offend have to travel and communicate ineffective because most counties in the United States lack public transportation using Buses with minimum of 50 stops for adequate coverage. Continuing, for communication there is also lacking of public internet in most counties over 2,000 counties, using Compies

like Spectrum internet, a tower can broadcast public internet county wide. And for more effect transportation a system like ergo in the city of Mobile Alabama should be developed in all 3,000 counties in the United States. The 14th amendment and 5-26 constitutional amendments prohibit the State "united states" from depriving its citizen of liberty, the lack of All three of these resources in over 3,000 counties violate this.

relief: An executive order Remanding the creation of all three to Any and all States, counties without or a writ of mandamus or injunction.

Gavin Pryor           7-13-25

Devin Pugh
Coffee County Jail
(County Complex)
New Brockton, AL 36351

MONTGOMERY AL 360
RECEIVED 22 JUL 2025 AM
2025 JUL 24 A 10: 47
MIDDLE DISTRICT ALA

US POSTAGE PITNEY BOWES
ZIP 36351
02 7H
0006088519
$ 000.74⁰
JUL 21 2025

Clerk of Court
One Church Street, Montgomery AL
36104

**INMATE MAIL**

3610454018 C039