IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEVIN PUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:25-cv-561-RAH ) |
| DONALD J. TRUMP, | ) ) |
| Defendant. | ) ) |

## ORDER

On October 15, 2025, the Magistrate Judge recommended that this case be dismissed for lack of subject matter jurisdiction, given that the claims are wholly insubstantial and frivolous. No objection has been filed. Upon an independent review of the file and good cause, and upon consideration of the Recommendation of the Magistrate Judge, it is **ORDERED** as follows:

1. The Recommendation (Doc. 9) is **ADOPTED**, and this case is due to be dismissed for the reasons stated by the Magistrate Judge;
2. This case is also due to be dismissed for Plaintiff's failure to state a plausible cause of action against the President of the United States and for lack of standing;
3. This case is **DISMISSED**; and,
4. The Clerk of Court is **DIRECTED** to close the case.

**DONE** on this the 25th day of November 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE